**Carl SHARP, Appellant.**

**v.**

**STATE of Missouri, Respondent,**

**No. WD 41241.**

Missouri Court of Appeals,
Western District.

May 16, 1989.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., GAITAN, J., and CONNETT, Special Judge.

**ORDER**

PER CURIAM.

Defendant appeals the trial court's decision not to grant him credit for time spent on probation prior to revocation. The judgment of the trial court is affirmed. Rule 84.16(b).